JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRISTIAN ARGETA, | No. CV 14-04051-AB (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| M. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: October 13, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge